JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
        E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
        E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
        E-mail: mchaney@johnsonpham.com
Hung Q. Pham, SBN: 276613
        E-mail: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California   91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiffs
BEACHBODY, LLC and BOSE CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| BEACHBODY, LLC, a Delaware Limited Liability Company; and BOSE CORPORATION, a Delaware Corporation, | Case No. 2:15-cv-6452 |
| Plaintiffs, | **COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF:** |
| v. | **(1) FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. § 1114/*Lanham Act* § 32(a)]** |
| AAF FREIGHT (LA) CORP., a California Corporation; AAE GLOBAL EXPRESS, a Business Entity of Unknown Status; GELS LOGISTICS, INC., a California Corporation; 360ZEBRA.COM, a Business Entity of Unknown Status; ALL ACCESS EXPRESS INC., a California Corporation; AAE LAX INC., a | **(2) FALSE DESIGNATION OF ORIGIN/UNFAIR COMPETITION/FALSE OR MISLEADING ADVERTISING [15 U.S.C. § 1125(a)]/*Lanham Act* § 43(a);** |
| | **(3) TRADEMARK DILUTION [15 U.S.C. § 1125(c)];** |
| | **(4)  FEDERAL COPYRIGHT INFRINGEMENT [17 U.S.C.** |

California Corporation; BENSON WAI, an Individual; XINDI "JOHN" HU, an Individual; TOM T. LU, an Individual; JUAN XU, an Individual; and DOES 1-20, Inclusive,

Defendants.

**§501(a)];**
**(5) UNFAIR BUSINESS PRACTICES [*CALIFORNIA BUSINESS & PROFESSIONS CODE* § 17200]; and**
**(6) DECLARATORY RELIEF;**

**DEMAND FOR JURY TRIAL**

COMES NOW, Plaintiffs BEACHBODY, LLC, a Delaware Limited Liability Company and BOSE CORPORATION, a Delaware Corporation, (collectively "Plaintiffs"), hereby allege as follows:

## PARTIES

1.      Plaintiff BEACHBODY, LLC (hereinafter "BEACHBODY") is now, and was at the time of the filing of this Complaint and at all intervening times, a Delaware Limited Liability Company, duly authorized and licensed to conduct business in California, with its principal place of business in California.

2.      Plaintiff BOSE CORPORATION (hereinafter "BOSE") is now, and was at the time of the filing of this Complaint and at all intervening times, a Delaware Corporation, with its corporate headquarters at The Mountain, Framingham, Massachusetts 01701, duly authorized and licensed to conduct business in the State of California.

3.      Plaintiffs, pursuant to *Federal Rules of Civil Procedure* 20(a), hereby in this single action assert rights to relief jointly, severally or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences, and any question of law or fact common to all plaintiffs.

4.      Plaintiffs allege, on information and belief, that Defendant AAF FREIGHT (LA) CORP. is now, and was at the time of filing this Complaint, a California corporation operating at various locations, including but not limited to:

2
**COMPLAINT FOR DAMAGES**

20275 Business Parkway, City of Industry, California 91789; 5160 Rivergrade Road, Baldwin Park, California 91706; and 70 McCullough Drive, New Castle, Delaware 19720.

5.      Plaintiffs are informed and believe that, at the time of its creation, now, and at all times relevant to this Complaint, Defendant AAF FREIGHT (LA) CORP. did not and does not have sufficient funding to assume responsibility for its foreseeable and actual liabilities.

6.      Plaintiffs are informed and believe that since the time of its creation, now, and at all times relevant to this Complaint, Defendant AAF FREIGHT (LA) CORP. was undercapitalized.

7.      Plaintiffs are informed and believe that since the time of its creation, now, and at all times relevant to this Complaint, Defendant AAF FREIGHT (LA) CORP. has failed to observe corporate formalities required by law.

8.      Plaintiffs further allege, on information and belief, that Defendant AAE GLOBAL EXPRESS is now, and was at the time of filing this Complaint, a business entity of unknown status, operating at various locations, including but not limited to: 2522 Continental Ave., El Monte, California 91733; 20275 Business Parkway, City of Industry, California 91789; 5160 Rivergrade Road, Baldwin Park, California 91706; 70 McCullough Drive, New Castle, Delaware 19720; and 1607 S. Azusa, California 91745.

9.      Plaintiffs are informed and believe that, at the time of its creation, now, and at all times relevant to this Complaint, Defendant AAE GLOBAL EXPRESS did not and does not have sufficient funding to assume responsibility for its foreseeable and actual liabilities.

10.      Plaintiffs are informed and believe that since the time of its creation, now, and at all times relevant to this Complaint, Defendant AAE GLOBAL EXPRESS was undercapitalized.

/ / /

11. Plaintiffs are informed and believe that since the time of its creation, now, and at all times relevant to this Complaint, Defendant AAE GLOBAL EXPRESS has failed to observe corporate formalities required by law.

12. Plaintiffs further allege, on information and belief, that Defendant GELS LOGISTICS, INC., is now, and was at the time of filing this Complaint, a California corporation operating at various locations, including but not limited to: 20275 Business Parkway, City of Industry, California 91789; 5160 Rivergrade Road, Baldwin Park, California 91706; and 70 McCullough Drive, New Castle, Delaware 19720.

13. Plaintiffs are informed and believe that, at the time of its creation, now, and at all times relevant to this Complaint, Defendant GELS LOGISTICS, INC. did not and does not have sufficient funding to assume responsibility for its foreseeable and actual liabilities.

14. Plaintiffs are informed and believe that since the time of its creation, now, and at all times relevant to this Complaint, Defendant GELS LOGISTICS, INC. was undercapitalized.

15. Plaintiffs are informed and believe that since the time of its creation, now, and at all times relevant to this Complaint, Defendant GELS LOGISTICS, INC. has failed to observe corporate formalities required by law.

16. Plaintiffs further allege, on information and belief, that Defendant 360ZEBRA.COM is now, and was at the time of filing this Complaint, a business entity of unknown status, operating at various locations, including but not limited to: 20275 Business Parkway, City of Industry, California 91789; 5160 Rivergrade Road, Baldwin Park, California 91706; and 70 McCullough Drive, New Castle, Delaware 19720.

17. Plaintiffs are informed and believe that, at the time of its creation, now, and at all times relevant to this Complaint, Defendant 360ZEBRA.COM did not and does not have sufficient funding to assume responsibility for its

1    foreseeable and actual liabilities.

2         18.    Plaintiffs are informed and believe that since the time of its creation,

3    now, and at all times relevant to this Complaint, Defendant 360ZEBRA.COM was

4    undercapitalized.

5         19.    Plaintiffs are informed and believe that since the time of its creation,

6    now, and at all times relevant to this Complaint, Defendant 360ZEBRA.COM has

7    failed to observe corporate formalities required by law.

8         20.    Plaintiffs further allege, on information and belief, that Defendant

9    ALL ACCESS EXPRESS INC. is now, and was at the time of filing this

10   Complaint, a California corporation operating at various locations, including but

11   not limited to: 1607 S. Azusa Avenue, Hacienda Heights, California 91745.

12        21.    Plaintiffs are informed and believe that, at the time of its creation,

13   now, and at all times relevant to this Complaint, Defendant ALL ACCESS

14   EXPRESS INC. did not and does not have sufficient funding to assume

15   responsibility for its foreseeable and actual liabilities.

16        22.    Plaintiffs are informed and believe that since the time of its creation,

17   now, and at all times relevant to this Complaint, Defendant ALL ACCESS

18   EXPRESS INC. was undercapitalized.

19        23.    Plaintiffs are informed and believe that since the time of its creation,

20   now, and at all times relevant to this Complaint, Defendant ALL ACCESS

21   EXPRESS INC. has failed to observe corporate formalities required by law.

22        24.    Plaintiffs further allege, on information and belief, that Defendant

23   AAE LAX INC. is now, and was at the time of filing this Complaint, a California

24   corporation operating at various locations, including but not limited to: 2522

25   Continental Ave., El Monte, California 91733.

26        25.    Plaintiffs are informed and believe that, at the time of its creation,

27   now, and at all times relevant to this Complaint, Defendant AAE LAX INC. did

28   not and does not have sufficient funding to assume responsibility for its

1    foreseeable and actual liabilities.

2        26.    Plaintiffs are informed and believe that since the time of its creation,

3    now, and at all times relevant to this Complaint, Defendant AAE LAX INC. was

4    undercapitalized.

5        27.    Plaintiffs are informed and believe that since the time of its creation,

6    now, and at all times relevant to this Complaint, Defendant AAE LAX INC. has

7    failed to observe corporate formalities required by law.

8        28.    Plaintiffs further allege, on information and belief, Defendant

9    BENSON WAI is now, and was at the time of filing this Complaint, an individual

10   residing in Diamond Bar, California, and is the owner and operator of Defendant

11   AAF FREIGHT (LA) CORP, Vice President of 360ZEBRA.COM, and President

12   of Defendant AAE LAX INC.   Defendants AAF FREIGHT (LA) CORP,

13   360ZEBRA.COM, and AAE LAX INC. are the alter egos for Defendant

14   BENSON WAI, who personally directed and benefited from the infringing

15   activities of the business Defendants.

16       29.    Plaintiffs further allege, on information and belief, Defendant XINDI

17   "JOHN" HU is now, and was at the time of filing this Complaint, an individual

18   residing in Azusa, California, and is the President of Defendant GELS

19   LOGISTICS INC. and Chief Operating Officer of Defendant AAE GLOBAL

20   EXPRESS.  Defendants GELS LOGISTICS INC. and AAE GLOBAL EXPRESS

21   are the alter egos of Defendant XINDI "JOHN" HU, who personally directed and

22   benefited from the infringing activities of the business Defendants.

23       30.    Plaintiffs further allege, on information and belief, Defendant TOM T.

24   LU is now, and was at the time of filing this Complaint, an individual residing in

25   Arcadia, California, and is the President of Defendant 360ZEBRA.COM.

26   Defendant 360ZEBRA.COM is the alter ego of Defendant TOM T. LU, who

27   personally directed and benefited from the infringing activities of the business

28   Defendant.

31.     Plaintiffs further allege, on information and belief, Defendant JUAN XU is now, and was at the time of filing this Complaint, an individual residing in Azusa, California, and is the President of Defendant AAE GLOBAL EXPRESS. Defendant AAE GLOBAL EXPRESS is the alter ego of Defendant JUAN XU, who personally directed and benefited from the infringing activities of the business Defendant.

32.     The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants herein named as DOES 1-20, inclusive, are unknown to Plaintiffs.  Plaintiffs, therefore, sue said Defendants by such fictitious names.   When the true names and capacities of said Defendants have been ascertained, Plaintiffs will amend this pleading accordingly.

33.     Plaintiffs further allege that Defendants, and DOES 1-20, inclusive, sued herein by fictitious names, are jointly, severally and concurrently liable and responsible with the named Defendants upon the causes of action hereinafter set forth and shall henceforth be referred to collectively as "Defendants."

34.     Plaintiffs are informed and believe and thereon allege that at all times mentioned herein Defendants, and DOES 1-20, inclusive, and each of them, were the agents, servants and employees of every other Defendant and the acts of each Defendant, as alleged herein, were performed within the course and scope of that agency, service or employment.

### JURISDICTION/VENUE

35.     This Court has jurisdiction over the subject matter of the First through Third and Sixth causes of action (violation of the *Lanham Act*) pursuant to 15 U.S.C. § 1121 and/or 28 U.S.C. §§ 1331 and/or 1338(a).

36.     This Court has jurisdiction over the subject matter of the Fourth and Sixth causes of action (violation of the *Copyright Act*) pursuant to 17 U.S.C. § 501(a).

/ / /

**COMPLAINT FOR DAMAGES**

37.     This Court has jurisdiction over the Fifth cause of action pursuant to 28 U.S.C. § 1367(a) over Plaintiffs' other claim arising under the laws of California because such claim is so related to the claims within such original jurisdiction that they form part of the same case or controversy.

38.     Venue is proper, inter alia, pursuant to 28 U.S.C. § 1391(b) because on information and belief, a substantial part of the events or omissions giving rise to the claim occurred in this judicial district, and has caused damages to Plaintiffs in this district.

39.     This Court also has specific jurisdiction since Defendants have committed acts of trademark infringement, copyright infringement, and unfair competition in this district and/or Defendants have sufficient minimum contacts with this district to such that the exercise of jurisdiction over Defendants by this Court does not offend traditional notions of fair play and substantial justice. Among other things, Defendants have advertised, offered to sell and have sold products that infringe the trademarks and copyrights of Plaintiffs to consumers within this judicial district.  Defendants have also offered to sell and actually sold counterfeit products (described more fully below) using an interactive Internet website and knowing or having reason to know that consumers throughout the United States, including within this judicial district, would purchase said counterfeit goods from Defendants, believing that they were authentic goods manufactured and distributed by Plaintiff or its authorized manufacturers.

## GENERAL ALLEGATIONS

### Plaintiff BEACHBODY and its Famous BEACHBODY® Fitness Products and Services

40.     Plaintiff BEACHBODY is a health, wellness and fitness company involved in, among other things, the development, production, sale, and distribution of in-home fitness, weight loss, and health products and services.

/ / /

41.     One of the main components of Plaintiff BEACHBODY's business encompasses the production, sale and distribution of its BEACHBODY® family of fitness DVDs and kits, including its famous P90X®, TURBOFIRE®, INSANITY®, P90X2®, P90X3®, FOCUS T25®, and PIYO® fitness DVDs and kits. Plaintiff BEACHBODY's BEACHBODY®, P90X®, TURBOFIRE®, INSANITY®, P90X2®, P90X3®, FOCUS T25®, and PIYO®-branded products and services have achieved great success since their introduction in 1999, 2003, 2008, 2009, 2011 and 2013, respectively.

42.     The success of Plaintiff BEACHBODY's products and services is due in part to its marketing and promotional efforts.   These efforts include advertising and promotion through Plaintiff BEACHBODY's websites, print and other internet-based advertising, in-person and televised promotional appearances by its trainers, and its infomercials, among other efforts.  Plaintiff BEACHBODY has spent substantial time, money and effort in building up and developing consumer recognition, awareness and goodwill in its BEACHBODY®-branded products, services and marks.  For example, Plaintiff BEACHBODY has spent close to one hundred million dollars ($100,000,000.00) to air its television infomercials in each of 2009, 2010, 2011, 2012, 2013, and 2014.   On each BEACHBODY®-branded exercise kit, in each infomercial, and in each piece of marketing material for P90X, TURBOFIRE, INSANITY, P90X2, P90X3, FOCUS T25 and PIYO products, the related BEACHBODY® marks are prominently displayed.

43.     The success of Plaintiff BEACHBODY's products and services is also due to its consumers, and the word of mouth buzz consumers have generated. Success stories of countless individuals who have utilized BEACHBODY®-branded products to help achieve their respective fitness goals are far too numerous to recount, but include stories from all types of people ranging from your average men and women in almost all age groups, to well-trained

professional athletes and celebrities looking to stay fit and in shape.  In fact, a wide array of newspapers, magazines and television networks has featured stories in which prominent celebrities and professional athletes have enthusiastically described their experience and success with BEACHBODY®-branded products.

44.   Plaintiff BEACHBODY is the exclusive owner of federally-registered and common law trademarks.  The following is a partial (non-exhaustive) list of the registered trademarks owned by Plaintiff BEACHBODY ("BEACHBODY's Marks") that are applicable based on known information:

A.   BEACHBODY®: Registration date December 24, 2002 (Reg. No. 2,665,151), for pre-recorded video cassettes featuring exercise, fitness, and dietary information and instruction; for educational service, namely instruction in the use of exercise equipment and diet programs;

B.   BEACHBODY®: Registration date July 13, 2004 (Reg. No. 2,862,904), for pre-recorded video cassettes, CDs and DVDs featuring exercise, fitness, and dietary information and instruction; for educational service, namely instruction in the use of exercise equipment and diet programs;

C.   BEACHBODY® and Design: Registration date August 17, 2004 (Reg. No. 2,873,866), for pre-recorded video cassettes, CDs and DVDs featuring exercise, fitness, and dietary information and instruction; for educational service, namely instruction in the use of exercise equipment and diet programs;

D.   B [Design Mark]®: Registration date June 15, 2004(Reg. No. 2,853,244), for pre-recorded video tapes, CDs and DVDs featuring exercise, fitness, and dietary information and instruction; for educational service, namely instruction in the use of exercise equipment and diet programs;

E.   FOCUS T25®: Registration date September 17, 2013 (Reg. No. 4,440,411), for pre-recorded video cassettes, CDs and DVDs featuring exercise, fitness, and dietary information and instruction;

/ / /

F.     FOCUS T25® word design: Registration date October 1, 2013 (Reg. No. 4,412,310), for pre-recorded video cassettes, CDs and DVDs featuring exercise, fitness, and dietary information and instruction;

G.     INSANITY®: Registration date October 13, 2009 (Reg. No. 3,696,777), for pre-recorded video cassettes, CDs and DVDs featuring exercise, fitness, and dietary information and instruction;

H.     INSANITY®: Registration date November 1, 2011 (Reg. No. 4,049,382, for pre-recorded video cassettes, CDs and DVDs featuring exercise, fitness, and dietary information; instruction and instruction materials distributed in connection therewith;

I.     PIYO®: Registration date June 10, 2014 (Reg. Nos. 4,549,501), for pre-recorded CDs and DVDs featuring exercise, fitness, and dietary information;

J.     PIYO® word design: Registration date October 28, 2014 (Reg. No. 4,629,995), for pre-recorded DVDs featuring exercise, fitness, and dietary information;

K.     P90X3®: Registration date March 25, 2014 (Reg. No. 4,503, 107), for pre-recorded videotapes, audio and videocassettes, DVDs and CDs featuring exercise, fitness and dietary information and instruction and instructional materials;

L.     21 DAY FIX®: Registration date April 1, 2014 (Reg. No. 4,506,354), for pre-recorded DVDs and CDs featuring exercise, fitness and dietary information instruction; and

M.     21 DAY FIX® word design: Registration date August 5, 2014 (Reg. No. 4,580,177), for pre-recorded DVDs and CDs featuring exercise, fitness and dietary information instruction.

45.     Plaintiff BEACHBODY also owns several United States Copyright Registrations relating to its BEACHBODY®-branded exercise kits

("BEACHBODY'S Copyrights"), including: FOCUS T25 KIT© under Certificate of Registration number PA0001935094; INSANITY EXERCISE KIT© under Certificate of Registration number PA0001689744; PIYO KIT (2014)© under Certificate of Registration number PA0001929038; P90X3 KIT (2013)© under Certificate of Registration number PA0001902813; and 21 DAY FIX© under Certificate of Registration number PA0001890353.

46.    Plaintiff BEACHBODY has never authorized or consented to the use of any of its BEACHBODY®-branded related marks or any confusingly similar marks, or any of its copyrights by Defendants.

**Plaintiff BOSE and its Famous BOSE®-Branded Products**

47.    Plaintiff BOSE was founded in 1964 by Dr. Amar G. Bose.  Through extensive research and engineering, Plaintiff has developed groundbreaking audio technology and innovative products, including the Wave® radio, QuietComfort® noise cancelling headphones, and SoundDock® digital music system.

48.    Plaintiff BOSE designs, manufactures, and sells a wide array of high-performance audio products for consumers and professionals.  Plaintiff BOSE sells its wide array of high-performance audio products through its authorized retail stores, authorized dealers, and website, www.bose.com.

49.    Plaintiff BOSE's high-performance audio products include professional loudspeakers, bookshelf speakers, factory-installed sound system custom-designed for specific automobiles (e.g., Audi, Buick, Cadillac, Chevrolet, GMC, Infiniti, Mazda, and Porsche to name a few), tabletop sound systems, portable digital music systems, home theater systems, aviation headsets, around-ear and over-ear noise cancelling headphones, in-ear sport headphones, and wireless headphones.

50.    Plaintiff BOSE has built its reputation with an uncompromising commitment to developing high-performance audio products that create exceptional audio quality.  It has spent substantial resources and effort to inform

12

customers of the benefits of Plaintiff BOSE's products and to develop consumer recognition and awareness of its trademarks in the United States and the world. Through the extensive use of the Plaintiff BOSE's marks, Plaintiff BOSE has built up and developed substantial goodwill and enormous recognition in its entire product line throughout the United States and the world.

51. Indeed, Plaintiff BOSE's BOSE® name and logo are widely recognized throughout the United States as a provider of high-quality audio products.

52. Plaintiff BOSE is the exclusive owner of federally-registered and common law trademarks. The following is a partial (non-exhaustive) list of the registered trademarks owned by Plaintiff BOSE ("BOSE's Marks") that are applicable based on known information:

A. BOSE®: Registration date October 19, 2010 (Reg. No. 3,863,254), for batteries, communication headsets for use with communication radios, intercom systems, or other communications networks transceivers; headphones; headsets for cellular or mobile phones, microphone;

B. QuietComfort®: Registration date February 19, 2002 (Reg. No. 2,539,951), for audio and video headsets;

C. Acoustic Noise Cancelling®: Registration date September 16, 1997 (Reg. No. 2,096,548), for headsets for reducing acoustic noise;

D. QC®: Registration date December 18, 2007 (Reg. No. 3,355,350), for headphones and headphone related accessories, namely audio cables with built-in microphones and adapters to connect headphones to cell phones;

E. Mark consisting of the color white interwoven with the color black throughout the length of cords attached to headphones, for headphones, registration date September 9, 2008 (Reg. No. 3,497,786);

/ / /

F.      Engineered for Exercise®: Registration date of December 12, 2012 (Reg. No. 4,262,660), for headphones, headsets for cellular or mobile phones;

G.      Better Sound Through Research®: Registration date April 27, 1993 (Reg. No.: 1,767,324); for loudspeaker systems;

H.      Triport®: Registration date February 21, 2006 (Reg. No. 3,060,458), for headphones; and

I.      Stayhear®: Registration date November 16, 2010 (Reg. No. 3,878,139), removable soft tips for insertion of headphones in the ear, for headphones and headsets.

Plaintiff BOSE has never authorized or consented to the use of any of its BOSE®-branded related marks or any confusingly similar marks by Defendants.

**DEFENDANTS' WRONGFUL CONDUCT**

53.     Particularly in light of the success of Plaintiffs BEACHBODY and BOSE's products, as well as the recognized outstanding reputation they each have gained, Plaintiffs BEACHBODY and BOSE and their respective products have become targets for unscrupulous individuals and entities who wish to take a "free ride" on the substantial goodwill, reputation, and fame Plaintiffs BEACHBODY and BOSE have established from their considerable investments, efforts, and resources to build up in each of their products, marks, and copyrights.

54.     Defendants maintain and operate numerous business locations and warehouses in California and Delaware.

55.     Defendants' use, amongst other things, their locations and services in California and Delaware to import, warehouse, sell and distribute counterfeit goods bearing Plaintiffs BEACHBODY's Marks and Copyrights and BOSE's Marks to unknowing consumers.

56.     Beginning on a date unknown to Plaintiffs, but no later than December 4, 2014, and continuing to the present, Defendants have, without the

14
**COMPLAINT FOR DAMAGES**

consent of Plaintiffs, sold and distributed goods bearing Plaintiffs BEACHBODY's Marks and Copyrights and BOSE's Marks neither made by Plaintiffs nor by a manufacturer authorized by Plaintiffs (such goods are hereafter referred to as "Counterfeit Goods") using reproductions, counterfeits, copies and/or colorable imitations of one or more of the subject trademarks.   On information and belief, Plaintiffs further allege that Defendants imported said Counterfeit Goods into the United States, or encouraged others to import said Counterfeit Goods into the United States, for the purpose of reselling the Counterfeit Goods in the United States.

57.   On or about December 4, 2014, Plaintiff BEACHBODY made a test purchase from eBay seller "shanloopy," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

58.   On or about December 9, 2014, Plaintiff BEACHBODY made a test purchase from eBay seller "jeff808," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed

1  by Defendants.

2      59.    On or about December 9, 2014, Plaintiff BEACHBODY made a test
3  purchase from eBay seller "stmaryknights," consisting of a Beachbody branded
4  Focus T25 DVD set.    The package and its contents were examined and
5  conclusively determined to be counterfeit and imitation copies of the Beachbody
6  products.  The return address on the package containing the counterfeit products
7  reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a
8  return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.  This physical
9  address is a warehouse that bears the signage and is managed by Defendants AAE
10  GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and
11  managed by Defendants.

12      60.    On or about December 15, 2014, Plaintiff BEACHBODY made a test
13  purchase from eBay seller "sgtsharky," consisting of a Beachbody branded Focus
14  T25 DVD set.  The package and its contents were examined and conclusively
15  determined to be counterfeit and imitation copies of the Beachbody products.  The
16  return address on the package containing the counterfeit products reflected that the
17  sender of the items was AAF FREIGHT (LA) CORP., with a return address of
18  5160 Rivergrade Road, Baldwin Park, CA 91706.   This physical address is a
19  warehouse that bears the signage and is managed by Defendants AAE GLOBAL
20  EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed
21  by Defendants.

22      61.    On or about December 22, 2014, Plaintiff BEACHBODY made a test
23  purchase from eBay seller "jjcate," consisting of a Beachbody branded PiYo DVD
24  set.  The package and its contents were examined and conclusively determined to
25  be counterfeit and imitation copies of the Beachbody products.  The return address
26  on the package containing the counterfeit products reflected that the sender of the
27  items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough
28  Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the

signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

62. On or about December 23, 2014, Plaintiff BEACHBODY made a test purchase from eBay seller "soxfan11987," consisting of a Beachbody branded Focus T25 DVD set. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products. The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706. This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

63. On or about December 31, 2014, Plaintiff BOSE made a test purchase from eBay seller "eckertmotorsports," consisting of a Bose branded set of IE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product. The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720. This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

64. On or about January 16, 2015, Plaintiff BOSE made a test purchase from eBay seller "tylerwatkinstyler," consisting of a Bose branded set of IE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product. The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70

McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

65.     On or about January 21, 2015, Plaintiff BOSE made a test purchase from eBay seller "jlanzi111," consisting of a Bose branded set of IE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

66.     On or about January 23, 2015, Plaintiff BOSE made a test purchase from eBay seller "nflnfox," consisting of a Bose branded set of IE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product. The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

67.     On or about January 26, 2015, Plaintiff BOSE made a test purchase from eBay seller "poochy25," consisting of a Bose branded set of IE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive,

1   New Castle, DE 19720.   This physical address is a warehouse that bears the
2   signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL
3   EXPRESS, entities that are owned, operated and managed by Defendants.

4   68.   On or about January 30, 2015, Plaintiff BOSE made a test purchase
5   from eBay seller "dognut56," consisting of a Bose branded set of IE2 headphones.
6   The package and its contents were examined and conclusively determined to be
7   counterfeit and imitation copies of the Bose product.   The return address on the
8   package containing the counterfeit products reflected that the sender of the items
9   was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive,
10  New Castle, DE 19720.   This physical address is a warehouse that bears the
11  signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL
12  EXPRESS, entities that are owned, operated and managed by Defendants.

13  69.   On or about February 6, 2015, Plaintiff BOSE made a test purchase
14  from eBay seller "deqd18," consisting of a Bose branded set of SIE2i headphones.
15  The package and its contents were examined and conclusively determined to be
16  counterfeit and imitation copies of the Bose product.   The return address on the
17  package containing the counterfeit products reflected that the sender of the items
18  was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road,
19  Baldwin Park, CA 91706.   This physical address is a warehouse that bears the
20  signage   and   is   managed   by   Defendants   AAE   GLOBAL   EXPRESS   and
21  360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

22  70.   On or about February 9, 2015, Plaintiff BEACHBODY made a test
23  purchase from eBay seller "dar0509," consisting of a Beachbody branded PiYo
24  DVD set.   The package and its contents were examined and conclusively
25  determined to be counterfeit and imitation copies of the Beachbody products.   The
26  return address on the package containing the counterfeit products reflected that the
27  sender of the items was AAF FREIGHT (LA) CORP., with a return address of
28  5160 Rivergrade Road, Baldwin Park, CA 91706.   This physical address is a

19
**COMPLAINT FOR DAMAGES**

1   warehouse that bears the signage and is managed by Defendants AAE GLOBAL

2   EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed

3   by Defendants.

4        71.    On or about February 23, 2015, Plaintiff BOSE made a test purchase

5   from eBay seller "ladyz_man77," consisting of a Bose branded set of IE2

6   headphones.   The package and its contents were examined and conclusively

7   determined to be counterfeit and imitation copies of the Bose product.  The return

8   address on the package containing the counterfeit products reflected that the

9   sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70

10  McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse

11  that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE

12  GLOBAL  EXPRESS,  entities  that  are  owned,  operated  and  managed  by

13  Defendants.

14       72.    On or about February 25, 2015, Plaintiff Beachbody made a test

15  purchase from eBay seller "sarikopek," consisting of a Beachbody branded Focus

16  T25 DVD set.   The package and its contents were examined and conclusively

17  determined to be counterfeit and imitation copies of the Beachbody products.  The

18  return address on the package containing the counterfeit products reflected that the

19  sender of the items was AAF FREIGHT (LA) CORP., with a return address of

20  5160 Rivergrade Road, Baldwin Park, CA 91706.   This physical address is a

21  warehouse that bears the signage and is managed by Defendants AAE GLOBAL

22  EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed

23  by Defendants.

24       73.    On or about March 1, 2015, Plaintiff BEACHBODY made a test

25  purchase from eBay seller "sarikopek," consisting of a Beachbody branded Focus

26  T25 DVD set.   The package and its contents were examined and conclusively

27  determined to be counterfeit and imitation copies of the Beachbody products.  The

28  return address on the package containing the counterfeit products reflected that the

COMPLAINT FOR DAMAGES

1    sender of the items was AAF FREIGHT (LA) CORP., with a return address of

2    5160 Rivergrade Road, Baldwin Park, CA 91706.   This physical address is a

3    warehouse that bears the signage and is managed by Defendants AAE GLOBAL

4    EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed

5    by Defendants.

6        74.    On or about March 20, 2015, Plaintiff BOSE made a test purchase

7    from eBay seller "arnonwi," consisting of a Bose branded set of SIE2i headphones.

8    The package and its contents were examined and conclusively determined to be

9    counterfeit and imitation copies of the Bose product.   The return address on the

10    package containing the counterfeit products reflected that the sender of the items

11    was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive,

12    New Castle, DE 19720.   This physical address is a warehouse that bears the

13    signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL

14    EXPRESS, entities that are owned, operated and managed by Defendants.

15        75.    On or about March 31, 2015, Plaintiff BEACHBODY made a test

16    purchase from eBay seller "erickise," consisting of a Beachbody branded PiYo

17    DVD set.   The package and its contents were examined and conclusively

18    determined to be counterfeit and imitation copies of the Beachbody products.  The

19    return address on the package containing the counterfeit products reflected that the

20    sender of the items was AAF FREIGHT (LA) CORP., with a return address of

21    5160 Rivergrade Road, Baldwin Park, CA 91706.   This physical address is a

22    warehouse that bears the signage and is managed by Defendants AAE GLOBAL

23    EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed

24    by Defendants.

25        76.    On or about April 2, 2015, Plaintiff BEACHBODY made a test

26    purchase from eBay seller "lishal4," consisting of a Beachbody branded PiYo

27    DVD set.   The package and its contents were examined and conclusively

28    determined to be counterfeit and imitation copies of the Beachbody products.  The

return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

77.   On or about April 4, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "8737carol," consisting of a Beachbody branded Focus T25 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

78.   On or about April 16, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "dominicanwif3y," consisting of a Beachbody branded PiYo DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

79.   On or about April 16, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "insdete," consisting of a Beachbody branded PiYo

DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

80.   On or about April 16, 2015, Plaintiff BOSE made a test purchase from eBay seller "bratu_us2014," consisting of a Bose branded set of IE2 headphones.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

81.   On or about April 17, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "us-zolad," consisting of a Beachbody branded PiYo DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

82.   On or about April 18, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "rab20020," consisting of a Beachbody branded Focus T25 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

83.   On or about April 21, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "hut65," consisting of a Beachbody branded PiYo DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

84.   On or about April 21, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "dfmaddox0084," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE

GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

85.    On or about April 21, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "woodglo," consisting of a Beachbody branded Focus T25 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

86.    On or about April 22, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "melbrie84," consisting of a Beachbody branded PiYo DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

87.    On or about April 24, 2015, Plaintiff BOSE made a test purchase from eBay seller "tf2awst," consisting of a Bose branded set of IE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive,

1  New Castle, DE 19720.  This physical address is a warehouse that bears the
2  signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL
3  EXPRESS, entities that are owned, operated and managed by Defendants.

4       88.   On or about April 27, 2015, Plaintiff BOSE made a test purchase
5  from eBay seller "xsupertrooperx," consisting of a Bose branded set of MIE2i
6  headphones.  The package and its contents were examined and conclusively
7  determined to be counterfeit and imitation copies of the Bose product.  The return
8  address on the package containing the counterfeit products reflected that the
9  sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70
10  McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse
11  that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE
12  GLOBAL EXPRESS, entities that are owned, operated and managed by
13  Defendants.

14       89.   On or about April 28, 2015, Plaintiff BEACHBODY made a test
15  purchase from eBay seller "andersonrb," consisting of a Beachbody branded
16  Focus T25 DVD set.  The package and its contents were examined and
17  conclusively determined to be counterfeit and imitation copies of the Beachbody
18  products.  The return address on the package containing the counterfeit products
19  reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a
20  return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.  This physical
21  address is a warehouse that bears the signage and is managed by Defendants AAE
22  GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and
23  managed by Defendants.

24       90.   On or about April 28, 2015, Plaintiff BEACHBODY made a test
25  purchase from eBay seller "littleiiit," consisting of a Beachbody branded Focus
26  T25 DVD set.  The package and its contents were examined and conclusively
27  determined to be counterfeit and imitation copies of the Beachbody products.  The
28  return address on the package containing the counterfeit products reflected that the

sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

91.   On or about April 28, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "jester493," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

92.   On or about April 30, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "kopaka911," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

93.   On or about May 5, 2015, Plaintiff Beachbody made a test purchase from eBay seller "stevenstowers," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively

determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

94.    On or about May 5, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "lollicat38," consisting of a Beachbody branded P90X3 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was GELS LOGISTICS, INC., with a return address of 5160 Rivergrade Road, Baldwin Park, CA 91706.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

95.    On or about May 5, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "gcchicka528," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products. The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

/ / /

96.   On or about May 5, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "catpod," consisting of a Beachbody branded Focus T25 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

97.   On or about May 11, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "cathe-denni," consisting of a Beachbody branded PiYo DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

98.   On or about May 12, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "hwoo9083," consisting of a Beachbody branded Insanity Max:30 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by

Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

99.   On or about May 12, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "kolarmaxx," consisting of a Beachbody branded Insanity Max:30 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

100.  On or about May 12, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "flynnb7789," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

101.  On or about May 13, 2015, Plaintiff BOSE made a test purchase from eBay seller "deadrape_0," consisting of a Bose branded set of IE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business

Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

102.   On or about May 13, 2015, Plaintiff BOSE made a test purchase from eBay seller "cbearerx," consisting of a Bose branded set of MIE2i headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.   This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

103.   On or about May 19, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "myrjoy2," consisting of a Beachbody branded 21 Day Fix DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL  EXPRESS,  entities  that  are  owned,  operated  and  managed  by Defendants.

104.   On or about May 19, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "dian.dodg," consisting of a Beachbody branded PiYo DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70

McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

105.  On or about May 19, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "picard34," consisting of a Beachbody branded PiYo DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

106.  On or about May 20, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "millerlite117," consisting of a Beachbody branded Focus T25 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

107.  On or about May 20, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "rjackson78," consisting of a Beachbody branded Focus T25 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody

products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

108.   On or about May 20, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "stephaniemich," consisting of a Beachbody branded Insanity Max:30 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

109.   On or about May 20, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "chryskross1," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

110.   On or about May 28, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "pchristy23," consisting of a Beachbody branded Focus

T25 DVD set. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products. The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789. This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

111. On or about June 1, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "mikeley," consisting of a Beachbody branded PiYo DVD set. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products. The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789. This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

112. On or about June 2, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "kristinephoto2011," consisting of a Beachbody branded 21 Day Fix DVD set. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products. The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789. This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

113.   On or about June 2, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "hunte_sheki," consisting of a Beachbody branded PiYo DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

114.   On or about June 2, 2015, Plaintiff BOSE made a test purchase from eBay seller "marvel2525," consisting of a Bose branded set of MIE2i headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product. The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

115.   On or about June 2, 2015, Plaintiff BOSE made a test purchase from eBay seller "ladytrouble20," consisting of a Bose branded set of IE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

116.   On or about June 4, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "poohdoj," consisting of a Beachbody branded PiYo DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

117.   On or about June 8, 2015, Plaintiff BOSE made a test purchase from eBay seller "epson-printers," consisting of a Bose branded set of SIE2i headphones.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.   This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

118.   On or about June 9, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "trubassett," consisting of a Beachbody branded 21 Day Fix DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL

EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

119.   On or about June 10, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "burlius_ml6mou," consisting of a Beachbody branded PiYo DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

120.   On or about June 12, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "jsch6820," consisting of a Beachbody branded PiYo DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

121.   On or about June 22, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "niceone222309," consisting of a Beachbody branded PiYo DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of

1    20275 Business Parkway, City of Industry, CA 91789.  This physical address is a

2    warehouse that bears the signage and is managed by Defendants AAE GLOBAL

3    EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed

4    by Defendants.

5         122.   On or about June 22, 2015, Plaintiff BOSE made a test purchase from

6    eBay seller "cmkcool," consisting of a Bose branded set of IE2 headphones.  The

7    package and its contents were examined and conclusively determined to be

8    counterfeit and imitation copies of the Bose product.  The return address on the

9    package containing the counterfeit products reflected that the sender of the items

10   was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive,

11   New Castle, DE 19720.  This physical address is a warehouse that bears the

12   signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL

13   EXPRESS, entities that are owned, operated and managed by Defendants.

14        123.   On or about June 22, 2015, Plaintiff BOSE made a test purchase from

15   eBay seller "elizabeth.bustin," consisting of a Bose branded set of MIE2i

16   headphones.   The package and its contents were examined and conclusively

17   determined to be counterfeit and imitation copies of the Bose product.  The return

18   address on the package containing the counterfeit products reflected that the

19   sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70

20   McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse

21   that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE

22   GLOBAL EXPRESS, entities that are owned, operated and managed by

23   Defendants.

24        124.   On or about June 25, 2015, Plaintiff BEACHBODY made a test

25   purchase from eBay seller "0nebuyer," consisting of a Beachbody branded PiYo

26   DVD set.   The package and its contents were examined and conclusively

27   determined to be counterfeit and imitation copies of the Beachbody products.  The

28   return address on the package containing the counterfeit products reflected that the

sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

125.   On or about June 27, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "sean4645," consisting of a Beachbody branded Focus T25 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL  EXPRESS,  entities  that  are  owned,  operated  and  managed  by Defendants.

126.   On or about June 29, 2015, Plaintiff BOSE made a test purchase from eBay seller "0461staceys," consisting of a Bose branded set of IE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

127.   On or about July 3, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "burlius_ml6mou," consisting of a Beachbody branded PiYo DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The

return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

128.   On or about July 6, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "justandrea0," consisting of a Beachbody branded PiYo DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

129.   On or about July 7, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "dorothyf9391," consisting of a Beachbody branded P90X3 DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was GELS LOGISTICS, INC., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

130.   On or about July 12, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "dorothyf9391," consisting of a Beachbody branded

Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

131.   On or about July 13, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "topcat519," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

132.   On or about July 16, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "dianey3377," consisting of a Beachbody branded Focus T25 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

133.   On or about July 16, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "jmashtare17," consisting of a Beachbody branded 21 Day Fix DVD set.  The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.  This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

134.   On or about July 20, 2015, Plaintiff BOSE made a test purchase from eBay seller "gpalme25," consisting of a Bose branded set of SIE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

135.   On or about July 20, 2015, Plaintiff BOSE made a test purchase from eBay seller "knightsball," consisting of a Bose branded set of MIE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

136.   On or about July 20, 2015, Plaintiff BOSE made a test purchase from eBay seller "mjrj6183," consisting of a Bose branded set of MIE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

137.   On or about July 22, 2015, Plaintiff BOSE made a test purchase from eBay seller "mielaodks56," consisting of a Bose branded set of SIE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

138.   On or about July 24, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "jarvi_moor," consisting of a Beachbody branded PiYo DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.  The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.  This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

139.   On or about July 29, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "fish-n-kids," consisting of a Beachbody branded PiYo DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

140.   On or about July 30, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "choannsch," consisting of a Beachbody branded PiYo DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive, New Castle, DE 19720.   This physical address is a warehouse that bears the signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL EXPRESS, entities that are owned, operated and managed by Defendants.

141.   On or about August 4, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "only1one2000," consisting of a Beachbody branded PiYo DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL

44
COMPLAINT FOR DAMAGES

EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

142.   On or about August 10, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "kevin_mcquade4azd," consisting of a Beachbody branded PiYo DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

143.   On or about August 12, 2015, Plaintiff BEACHBODY made a test purchase from eBay seller "emtandrea22," consisting of a Beachbody branded Insanity Max:30 DVD set.   The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Beachbody products. The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

144.   On or about August 12, 2015, Plaintiff BOSE made a test purchase from eBay seller "skim12," consisting of a Bose branded set of SIE2 headphones. The package and its contents were examined and conclusively determined to be counterfeit and imitation copies of the Bose product.   The return address on the package containing the counterfeit products reflected that the sender of the items was AAF FREIGHT (LA) CORP., with a return address of 70 McCullough Drive,

1    New Castle, DE 19720.   This physical address is a warehouse that bears the
2    signage of 360ZEBRA.COM and is managed by Defendant AAE GLOBAL
3    EXPRESS, entities that are owned, operated and managed by Defendants.

4         145.   On or about August 13, 2015, Plaintiff BEACHBODY made a test
5    purchase from eBay seller "nemecjame," consisting of a Beachbody branded PiYo
6    DVD set.   The package and its contents were examined and conclusively
7    determined to be counterfeit and imitation copies of the Beachbody products.   The
8    return address on the package containing the counterfeit products reflected that the
9    sender of the items was AAF FREIGHT (LA) CORP., with a return address of
10   20275 Business Parkway, City of Industry, CA 91789.   This physical address is a
11   warehouse that bears the signage and is managed by Defendants AAE GLOBAL
12   EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed
13   by Defendants.

14        146.   On or about August 17, 2015, Plaintiff BEACHBODY made a test
15   purchase from eBay seller "507shanna," consisting of a Beachbody branded Focus
16   T25 DVD set.   The package and its contents were examined and conclusively
17   determined to be counterfeit and imitation copies of the Beachbody products.   The
18   return address on the package containing the counterfeit products reflected that the
19   sender of the items was AAF FREIGHT (LA) CORP., with a return address of
20   20275 Business Parkway, City of Industry, CA 91789.   This physical address is a
21   warehouse that bears the signage and is managed by Defendants AAE GLOBAL
22   EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed
23   by Defendants.

24        147.   On or about August 17, 2015, Plaintiff BEACHBODY made a test
25   purchase from eBay seller "carrie3120-us," consisting of a Beachbody branded
26   P90X3 DVD set.   The package and its contents were examined and conclusively
27   determined to be counterfeit and imitation copies of the Beachbody products.   The
28   return address on the package containing the counterfeit products reflected that the

sender of the items was GELS LOGISTICS, INC., with a return address of 20275 Business Parkway, City of Industry, CA 91789.   This physical address is a warehouse that bears the signage and is managed by Defendants AAE GLOBAL EXPRESS and 360ZEBRA.COM, entities that are owned, operated and managed by Defendants.

148.   Defendants purposely derived benefit from their interstate commerce activities by expressly targeting foreseeable purchasers in the State of California and throughout the United States.   But for Defendants' importation, selling, and distribution of counterfeit BEACHBODY® and BOSE®-branded products in California, Plaintiffs would not have been able to make such purchases.

149.   Defendants willfully use images and names identical to Plaintiffs BEACHBODY's Marks and BOSE's Marks to confuse consumers and aid in the promotion and sales of unauthorized and counterfeit products.   Defendants' willful use of Plaintiffs' Marks include importing, advertising, displaying, distributing, selling and/or offering to sell unauthorized and/or counterfeit copies of Plaintiffs' BEACHBODY® and BOSE®-branded products.   Defendants' use of Plaintiffs' Marks began long after Plaintiffs BEACHBODY and BOSE's adoption and use of their respective trademarks, and after Plaintiffs obtained the trademark registrations alleged above.   Neither Plaintiffs nor any of their authorized agents have consented to Defendants' use of Plaintiffs' Marks.

150.   Defendants willfully use BEACHBODY's Copyrights to confuse consumers and aid in the promotion and sales of its unauthorized and counterfeit products.   Defendants' willful use of BEACHBODY's Copyrights include importing, advertising, displaying, distributing, selling and/or offering to sell unauthorized and/or counterfeit copies of Plaintiffs' BEACHBODY® products. Neither Plaintiff BEACHBODY nor any of its authorized agents have consented to Defendants' use of BEACHBODY's Copyrights.

/ / /

151.   Defendants' actions have confused and deceived, or threatened to confuse and deceive, the consuming public concerning the source and sponsorship of the counterfeit BEACHBODY® and BOSE®-branded products sold and distributed by Defendants.  By their wrongful conduct, Defendants have traded upon and diminished Plaintiffs' goodwill.  Furthermore, the sale and distribution of counterfeit goods by Defendants have infringed upon Plaintiffs BEACHBODY's Marks and Copyrights and BOSE's Marks.

152.   Defendants' importing, selling, distribution of, and encouraging others to import Counterfeit Goods was and is likely to cause confusion or mistake and/or to deceive consumers who purchase the Counterfeit Goods.

153.   Defendants also imported, sold, and distributed and/or encouraged others to import for the purpose of resale within the United States, Counterfeit Goods consisting of reproductions and/or copies of products bearing Plaintiffs BEACHBODY's Marks and Copyrights and BOSE's Marks.  Defendants' use of Plaintiffs BEACHBODY's Marks and Copyrights and BOSE's Marks were done without the respective Plaintiffs' authorization.

154.   Through their counsel of record, Plaintiffs have issued more than sixty cease and desist letters to Defendants from December 2014 through July 2015.

155.   From December 2014 through July 2015, Defendants were placed on notice that they were caught selling counterfeit products infringing on Plaintiffs' intellectual property rights, Defendants received and acknowledged the receipt such notices, and Defendants continue to willfully and knowingly sell counterfeit Beachbody and Bose products after their receipt of such notices.

/ / /

/ / /

/ / /

**FIRST CAUSE OF ACTION**

**(By Plaintiffs BEACHBODY, LLC and BOSE CORPORATION for Trademark Infringement Against Defendants AAF FREIGHT (LA) CORP.; AAE GLOBAL EXPRESS; GELS LOGISTICS, INC.; 360ZEBRA.COM; ALL ACCESS EXPRESS INC.; AAE LAX INC.; BENSON WAI; XINDI "JOHN" HU; TOM T. LU; JUAN XU; and DOES 1-20, Inclusive)**

**[15 U.S.C. § 1114/*Lanham Act* § 32(a)]**

156.   Plaintiffs hereby incorporate by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

157.   Defendants' actions as described herein constitute direct, vicarious, and/or contributory trademark infringement in violation of 15 U.S.C. § 1114(1)(a).

158.   As a proximate result of Defendants' trademark infringement, Plaintiffs have been damaged in an amount to be proven at trial.   Further, Plaintiffs allege, on information and belief, that as a proximate result of Defendants' trademark infringement, Defendants have unlawfully profited in an amount to be proven at trial.

159.   At all relevant times, Defendants acted intentionally and/or willfully in using Plaintiffs BEACHBODY's Marks and BOSE's Marks on the Counterfeit Goods, knowing that said Marks belong to Plaintiffs that the status of the Counterfeit Goods was in fact counterfeit, and that Defendants were not authorized to use Plaintiffs' Marks on the Counterfeit Goods.   Plaintiffs are therefore entitled to recovery of treble damages pursuant to 15 U.S.C. § 1117(a) and statutory damages under 15 U.S.C. § 1117(c). Further, Defendants' knowing, intentional and/or willful actions make this an exceptional case, entitling Plaintiffs to an award of reasonable attorney fees pursuant to 15 U.S.C. § 1117(a).

160.   Defendants' actions also constitute the use by Defendants of one or more "counterfeit mark" as defined in 15 U.S.C. § 1116(d)(1)(B).   Plaintiffs

therefore reserve the right to elect, at any time before final judgment is entered in this case, an award of statutory damages pursuant to 15 U.S.C. § 1117(c)(1) and/or (2).

161.  The acts of direct, vicariously, and/or contributory trademark infringement committed by Defendants have caused, and will continue to cause, Plaintiffs irreparable harm unless they are enjoined by this Court.

## SECOND CAUSE OF ACTION

**(By Plaintiffs BEACHBODY, LLC and BOSE CORPORATION for False Designation of Origin, False or Misleading Advertising Against Defendants AAF FREIGHT (LA) CORP.; AAE GLOBAL EXPRESS; GELS LOGISTICS, INC.; 360ZEBRA.COM; ALL ACCESS EXPRESS INC.; AAE LAX INC.; BENSON WAI; XINDI "JOHN" HU; TOM T. LU; JUAN XU; and DOES 1-20, Inclusive)**

**[15 U.S.C. § 1125 (a)]**

162.  Plaintiffs hereby incorporate by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

163.  Defendants' actions as described herein constitute direct, vicariously, and/or contributory violation of 15 U.S.C. § 1125(a)(1)(A), as such actions are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiffs BEACHBODY or BOSE and/or as to the origin, sponsorship, and/or approval of such Counterfeit Goods by Plaintiffs BEACHBODY and BOSE.

164.  As a proximate result of Defendants' violation as described herein, Plaintiffs BEACHBODY and BOSE have been damaged in an amount to be proven at trial.  Further, Plaintiffs allege on information and belief that, as a proximate result of Defendants' direct and/or contributory trademark infringement, Defendants have unlawfully profited, in an amount to be proven at trial.

165. Defendants' acts of violating, directly, vicariously and/or contributorily, Section 1125 have caused, and will continue to cause, Plaintiffs irreparable harm unless they are enjoined by this Court.

### THIRD CAUSE OF ACTION

**(By Plaintiffs BEACHBODY, LLC and BOSE CORPORATION for Trademark Dilution Against Defendants AAF FREIGHT (LA) CORP.; AAE GLOBAL EXPRESS; GELS LOGISTICS, INC.; 360ZEBRA.COM; ALL ACCESS EXPRESS INC.; AAE LAX INC.; BENSON WAI; XINDI "JOHN" HU; TOM T. LU; JUAN XU; and DOES 1-20, Inclusive)**

**[15 U.S.C. § 1125(c)]**

166. Plaintiffs hereby incorporate by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

167. Plaintiffs BEACHBODY and BOSE's Marks are distinctive and famous within the meaning of the Lanham Act.

168. Upon information and belief, Defendants' unlawful actions began long after Plaintiffs' Marks became famous, and Defendants acted knowingly, deliberately and willfully with the intent to trade on Plaintiffs' reputation and to dilute Plaintiffs' Marks. Defendants' conduct is willful, wanton, and egregious.

169. Defendants' intentional sale of fake, pirated and counterfeit items bearing Plaintiffs' Marks is likely to cause confusion, mistake, or to deceive, mislead, betray, and defraud consumers to believe that the substandard imitations are genuine products manufactured by Plaintiffs BEACHBODY and BOSE. Defendants' actions complained of herein have diluted and will continue to dilute Plaintiffs' Marks, and are likely to impair the distinctiveness, strength and value of Plaintiffs' Marks, and injure Plaintiffs' business reputation and their Marks.

170. Defendants' acts have caused and will continue to cause Plaintiffs irreparable harm. Plaintiffs have no adequate remedy at law to compensate it fully

for the damages that have been caused and which will continue to be caused by Defendants' unlawful acts, unless they are enjoined by this Court.

171.   As the acts alleged herein constitute a willful violation of section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), Plaintiffs are entitled to injunctive relief as well as monetary damages and other remedies provided by 15 U.S.C. §§ 1116, 1117, 1118, and 1125(c), including Defendants' profits, treble damages, reasonable attorney's fees, costs and prejudgment interest.

## FOURTH CAUSE OF ACTION

**(By Plaintiff BEACHBODY, LLC for Federal Copyright Infringement Against Defendants AAF FREIGHT (LA) CORP.; AAE GLOBAL EXPRESS; GELS LOGISTICS, INC.; 360ZEBRA.COM; ALL ACCESS EXPRESS INC.; AAE LAX INC.; BENSON WAI; XINDI "JOHN" HU; TOM T. LU; JUAN XU; and DOES 1-20, Inclusive)**

**[17 U.S.C. § 501(a)]**

172.   Plaintiffs hereby incorporate by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

173.   Plaintiff BEACHBODY is the exclusive owner of copyrights in and related to its BEACHBODY®-branded products, services, and packaging, having numerous applications relating to the same pending with the United States Copyright Office and possessing copyright registrations with the United States Copyright Office.

174. Defendants did not seek and failed to obtain Plaintiff BEACHBODY's consent or authorization to utilize, manufacture, reproduce, copy, display, prepare derivative works, distribute, sell, transfer, rent, perform, and/or market Plaintiff BEACHBODY's copyright-protected materials.

175.   Without permission, Defendants intentionally and knowingly reproduced, counterfeited, copied, displayed, and/or manufactured Plaintiff

1  BEACHBODY's protected works by offering, advertising, promoting, retailing,
2  selling, and distributing counterfeit BEACHBODY®-branded products which is
3  at a minimum substantially similar to Plaintiff BEACHBODY's copyright
4  protected products.

5  176. Defendants' acts as alleged herein, constitute infringement of
6  Plaintiff BEACHBODY's copyrights, including its exclusive rights to reproduce,
7  distribute and/or sell such protected materials.

8  177. Defendants' knowing and intentional copyright infringement as
9  alleged herein has caused and will continue to cause substantial and irreparable
10  harm to Plaintiff BEACHBODY and has and will continue to cause damage.
11  Plaintiff BEACHBODY is therefore entitled to injunctive relief, damages,
12  Defendants' profits, increased damages, and reasonable attorney's fees and costs.

13  **FIFTH CAUSE OF ACTION**

14  **(By Plaintiff BEACHBODY, LLC and BOSE CORPORATION for Unfair**
15  **Competition Against Defendants AAF FREIGHT (LA) CORP.; AAE**
16  **GLOBAL EXPRESS; GELS LOGISTICS, INC.; 360ZEBRA.COM; ALL**
17  **ACCESS EXPRESS INC.; AAE LAX INC.; BENSON WAI; XINDI "JOHN"**
18  **HU; TOM T. LU; JUAN XU; and DOES 1-20, Inclusive)**
19  ***California Business and Professions Code § 17200 et seq.***

20  178. Plaintiffs hereby incorporate by reference each of the other
21  allegations set forth elsewhere in this Complaint as though fully set forth in this
22  cause of action.

23  179. Defendants' actions described herein constitute unlawful, unfair
24  and/or fraudulent business acts or practices.  Defendants' actions thus constitute
25  "unfair competition" pursuant to *California Business and Professions Code* §
26  17200.

27  180. As a proximate result of Defendants' actions, Plaintiffs
28  BEACHBODY and BOSE have suffered an injury in fact, including without

limitation, damages in an amount to be proven at trial, loss of money or property, and diminution in the value of their Marks. Plaintiffs BEACHBODY and BOSE therefore have standing to assert this claim pursuant to California Business and Professions Code § 17204.

181. Defendants' actions have caused, and will continue to cause Plaintiffs BEACHBODY and BOSE to suffer irreparable harm unless enjoined by this Court pursuant to *California Business and Professions Code* § 17203. In addition, Plaintiffs BEACHBODY and BOSE requests that the Court order Defendants to disgorge all profits wrongfully obtained as a result of Defendants' unfair competition, and order that Defendants pay restitution to Plaintiffs BEACHBODY and BOSE in an amount to be proven at trial.

## SIXTH CAUSE OF ACTION

**(By Plaintiffs BEACHBODY LLC, and BOSE COROPRATION for Declaratory Relief Against Defendants AAF FREIGHT (LA) CORP.; AAE GLOBAL EXPRESS; GELS LOGISTICS, INC.; 360ZEBRA.COM; ALL ACCESS EXPRESS INC.; AAE LAX INC.; BENSON WAI; XINDI "JOHN" HU; TOM T. LU; JUAN XU; and DOES 1-20, Inclusive)**

182. Plaintiffs hereby incorporate by reference each of the other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

183. Defendants' actions as described herein constitute direct, vicarious, and/or contributory trademark infringement in violation of 15 U.S.C. § 1114(1)(a); direct and contributory violation of 15 U.S.C. § 1125(a)(1)(A); actions of Defendants complained herein have diluted and will continue to dilute Plaintiffs BEACHBODY and BOSE's Marks; and unlawful, unfair and/or fraudulent business acts or practices.

184. Plaintiffs request judicial determination that Defendants have committed the aforementioned acts; that Plaintiffs have no adequate remedy at

law; that there is a present controversy between Plaintiffs and Defendants for which a declaratory judgment should be entered to determine that Defendants' conduct constitutes infringement of Plaintiffs BEACHBODY and BOSE's Marks pursuant to 15 U.S.C. §§ 1114(1)(1) and 1125(a)(1)(A), that such conduct diluted and will continue to dilute Plaintiffs BEACHBODY and BOSE's Marks, and that such conduct by Defendants constitutes unlawful, unfair and/or fraudulent business acts or practices.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs BEACHBODY, LLC and BOSE CORPORATION hereby respectfully request the following relief against Defendants AAF FREIGHT (LA) CORP., AAF FREIGHT, LLC, AAE GLOBAL EXPRESS, GELS LOGISTICS, INC., 360ZEBRA.COM, ALL ACCESS EXPRESS INC., BENSON WAI, XINDI "JOHN" HU, TOM T. LU, JUAN XU; and DOES 1-20, Inclusive, and each of them as follows:

1. For an award of Defendants' profits and Plaintiffs BEACHBODY's and BOSE's damages in an amount to be proven at trial for trademark infringement under 15 U.S.C. § 1117(a);

2. For an award of Defendants' profits and Plaintiff BEACHBODY's damages in an amount to be proven at trial for copyright infringement under 17 U.S.C. § 504(a);

3. For an award of Defendants' profits and Plaintiffs' damages in an amount to be proven at trial for false designation of origin and unfair competition under 15 U.S.C. § 1125(a);

4. For an award of Defendants' profits and Plaintiffs' damages in an amount to be proven at trial for trademark dilution under 15 U.S.C. § 1125(c);

5. In the alternative to actual damages and Defendants' profits for the infringement and counterfeiting of Plaintiffs BEACHBODY's Marks

and BOSE's Marks pursuant to the *Lanham Act*, for statutory damages pursuant to 15 U.S.C. § 1117(c), which election Plaintiffs will make prior to the rendering of final judgment;

6.      In the alternative to actual damages and Defendants' profits for the infringement and counterfeiting of Plaintiff BEACHBODY's Copyrights under 17 U.S.C. § 504(c) for copyright damages, which election Plaintiffs will make prior to the rendering of final judgment;

7.      For restitution in an amount to be proven at trial for unfair, fraudulent and illegal business practices under *California Business and Professions Code* § 17200;

8.      For an injunction by this Court prohibiting Defendants from engaging or continuing to engage in the unlawful, unfair, or fraudulent business acts or practices described herein, including the advertising and/or dealing in any counterfeit product; the unauthorized use of any mark or other intellectual property right of Plaintiffs; acts of trademark infringement or dilution; false designation of origin; copyright infringement; unfair competition; and any other act in derogation of Plaintiffs' rights;

9.      For an order from the Court requiring that Defendants provide complete accountings and for equitable relief, including that Defendants disgorge and return or pay its ill-gotten gains obtained from the illegal transactions entered into and or pay restitution, including the amount of monies that should have been paid if Defendants complied with his/her/their/its legal obligations, or as equity requires;

10.     For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession which rightfully belong to Plaintiffs; for an order from the Court

**COMPLAINT FOR DAMAGES**

preventing Defendants' transferring or disposing of any money or tangible assets until further order from the Court; for an order from the Court such that any banks, savings and loan associations, credit unions, credit card payment processors, merchant accounts, or other financial institutions, shall immediately locate all accounts connects to Defendants and shall be restrained and enjoined from transferring or disposing of any money or other tangible assets of Defendants until further order from this Court;

11. For an order pursuant to 15 U.S.C. § 1118 requiring Defendants to forfeit to Plaintiffs all labels, signs, prints, packaging, advertisements, and marketing material, in addition to any reproduction, counterfeit copy, or colorable imitation thereof, and all plates, molds, matrices, or other means of the same connected or related to Defendants' Counterfeit Goods that bear Plaintiffs BEACHBODY's Marks and Copyrights and BOSE's Marks for destruction.

12. For an award of exemplary or punitive damages in an amount to be determined by the Court;

13. For Plaintiffs' reasonable attorney's fees;

14. For all costs of suit;

15. For such other and further relief as the Court may deem just and equitable.

/ / /
/ / /
/ / /

1

## **DEMAND FOR JURY TRIAL**

2      Plaintiffs BEACHBODY and BOSE respectfully demand a trial by jury in

3  this action.

4  DATED: August 24, 2015                JOHNSON & PHAM, LLP

5

6                                        By:  /s/ Christopher Q. Pham
                                         Christopher D. Johnson, Esq.
7                                        Christopher Q. Pham, Esq.
                                         Marcus F. Chaney, Esq.
8                                        Hung Q. Pham, Esq.
                                         Attorneys for Plaintiffs
9                                        BEACHBODY, LLC and
                                         BOSE CORPORATION
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT FOR DAMAGES**